# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE

| | | |
|---|---|---|
| AMERICAN HONDA MOTOR CO., INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:09-cv-01090 |
| | ) | Judge John T. Nixon |
| AMPLIFIER ADVERTISING, LLC, | ) | Magistrate Judge John S. Bryant |
| GUNNAR T. ENG, | ) | |
| and | ) | |
| TIMOTHY J. BEST, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff hereby gives notice of its voluntary dismissal of this action, without prejudice.

                                                   Respectfully submitted,

                                                   /s/ M. Edward Owens, Jr.
                                                 M. Edward Owens, Jr. (BPR #007159)

LEWIS, KING, KRIEG & WALDROP, P.C.
One Centre Square
620 Market Street, Fifth Floor
P. O. Box 2425
Knoxville, Tennessee 37901
(865) 546-4646
eowens@lewisking.com
Attorneys for Plaintiff American Honda Motor Co., Inc.

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this the 11th day of May, 2010, I filed electronically via CM/ECF a true copy of the foregoing document, with notice of same being electronically served by the Court, addressed to the following:

                David P. Canas, Esq.
                Kenneth S. Byrd, Esq.
                315 Deaderick Street, Suite 1800
                Nashville, TN 37238
                dpc@h3gm.com
                ksb@h3gm.com

                                       /s/ M. Edward Owens, Jr.

2

Case 3:09-cv-01090  Document 20  Filed 05/11/10  Page 2 of 2 PageID #: 148